UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CHARTER OAK FIRE INSURANCE COMPANY,

             Plaintiff,

-against-

PENNSYLVANIA LUMBERMENS MUTUAL INSURANCE COMPANY,

             Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/2025

24-cv-4644 (MKV)

<u>ORDER OF DISMISSAL</u>

**MARY KAY VYSKOCIL, United States District Judge:**

      The Court is in receipt of a letter from the parties confirming that they have reached a settlement in principle [ECF No. 41]. Accordingly, IT IS HEREBY ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the parties are unable to memorialize their settlement in writing and if the application to restore the action is made by October 17, 2025. If no such application is made by that date, today's dismissal of the action is with prejudice. *See Muze, Inc. v. Digital On Demand, Inc.*, 356 F.3d 492, 494 n.1 (2d Cir. 2004). IT IS FURTHER ORDERED that the motion for summary judgment pending at docket entry number 32 is DENIED as moot. All other dates and deadlines are adjourned *sine die*.

      The Clerk of Court respectfully is requested to terminate ECF numbers 32 and 41 and to close this case.

**SO ORDERED.**

**Date: August 18, 2025**
**New York, NY**

                        _____
                        **MARY KAY VYSKOCIL**
                        **United States District Judge**